The Honorable Kevin R. Anderson appeared for the Honorable William T. Thurman.

**This order is SIGNED.**

**Dated: October 31, 2018**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

---

Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>JERRY L. OWEN<br>STACEY MARIE OWEN<br><br>                     Debtors | CASE NO: 18-24577<br><br>Chapter 13<br><br>Hon. WILLIAM T. THURMAN |

### ORDER DISMISSING CHAPTER 13 CASE FOLLOWING
### CONFIRMATION HEARING

The Debtors filed a Chapter 13 Petition on June 20, 2018.  A Notice of a Contested Confirmation Hearing was provided to all parties in interest.  At the confirmation hearing held October 11, 2018  10:30 am, the Chapter 13 Trustee, appeared personally or by counsel, and other parties, if any, made their appearances on the record.  Having heard the representations of the parties and recommendations of the Trustee, and having determined that all requirements for confirmation have not been met, the Court hereby ORDERS:

1. The Debtors case is hereby dismissed without prejudice.

2. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) the allowed fee to the Trustee under 28 U.S.C. § 586(e);  (2) adequate protection payments provided for in the proposed plan, stipulated to by the parties, or ordered by the Court; (3) allowed administrative expenses, including attorney's fees and costs in the total amount of $1,000.00,

less any retainer on the Bankruptcy Rule 2016 statement; and (4) with the balance of such funds to be returned to the Debtors pursuant to 11 U.S.C. § 1326(a)(2) by a check made payable to the Debtors and mailed to the debtors' most recent address on file with the Bankruptcy Court.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on 10/19/2018:

JEREMY R. MCCULLOUGH,  ECF Notification

BEN PICKLESIMER, MOUNTAIN AMERICA CREDIT UNION, ECF NOTIFICATION

/S/Shaylyn Lins

### DESIGNATION OF PARTIES TO BE SERVED

CHAPTER 13 TRUSTEE - ECF NOTIFICATION

JERRY L. OWEN AND STACEY MARIE OWEN, 1294 WEST INDIAN HILLS DRIVE #20 , SAINT GEORGE, UT  84770

JEREMY R. MCCULLOUGH, ECF Notification

 BEN PICKLESIMER, MOUNTAIN AMERICA CREDIT UNION, ECF NOTIFICATION